M**ORRIS**, N**ICHOLS**, A**RSHT** & T**UNNELL** LLP

1201 N**ORTH** M**ARKET** S**TREET**
P.O. B**OX** 1347
W**ILMINGTON**, D**ELAWARE**  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

K**AREN** J**ACOBS**
(302) 351-9227
kjacobs@mnat.com

June 10, 2014

The Honorable Gregory M. Sleet                         ***VIA ELECTRONIC FILING***
United States District Court
844 North King Street
Wilmington, DE  19801

      Re:    *Sucampo AG et al. v. Anchen Pharms. Inc. et al.,*
             C.A. No. 13-202 (GMS)

Dear Chief Judge Sleet:

      In anticipation of the discovery teleconference scheduled for June, 12, 2014 at 11:00 a.m. in the above-referenced matter, the parties jointly submit the following agenda items:

**Plaintiffs' Issues:**

- Plaintiffs' proposed infringement stipulation.

**Defendants' Issues:**

- Defendants' request for an additional four hours of deposition of  inventor Dr. Ueno.

- Defendants' Notice of Rule 30(b)(6) Deposition of Sucampo AG, Sucampo Pharmaceuticals, Inc., and R-Tech Ueno, Ltd.  (Revised Topic Nos. 1, 2, 3, 4, 5, 7, and 10).

- Whether Plaintiffs should be compelled to produce to Defendants the following documents from the arbitration among Plaintiffs before the International Chamber of Commerce relating to the collaboration/license and supply agreements regarding Amitiza®. (Defendants' Document Request Nos. 57 and 58):  (1) Sucampo/R-Tech's petition for arbitration; (2) Takeda's response; (3) Any pre-arbitration hearing briefs (without exhibits); (4) Any post-arbitration hearing briefs (without exhibits); (5) The Arbitrator's decision.

The Honorable Gregory M. Sleet
June 10, 2014
Page 2

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

cc: Clerk of the Court (by hand)
  All Counsel of Record (by e-mail)

8303873